230 F.2d 956
 William Henry CHAPMAN
v.
C. H. LOONEY, Warden, U.S. Penitentiary, Leavenworth, Kansas, et al.
 No. 5226.
 United States Court of Appeals Tenth Circuit
 Sept. 12, 1955.
 
 No appearance for appellant.
 William C. Farmer, U.S. Atty., and Milton P. Beach, Asst. U.S. Atty., topeka, Kan., for appellees.
 Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Docketed and dismissed, on motion of appellee, C. H. Looney, Warden, U.S. Penitentiary, Leavenworth, Kansas, on ground appeal is moot.